NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRY LEE HAYNES, JR.,                    )
DOC #C04289,                              )
                                         )
              Appellant,                  )
                                         )
v.                                        )    Case No. 2D18-133
                                         )
STATE OF FLORIDA,                         )
                                         )
              Appellee.                   )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Terry Lee Haynes, Jr., pro se.


PER CURIAM.


        Affirmed without prejudice to Appellant's right to file a timely and facially

sufficient motion for postconviction relief pursuant to Florida Rule of Criminal Procedure

3.850.


LaROSE, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.